```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354
```

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-47640 WJL** |
| **BARRY GILBERT PATTON and CARMEN ERNESTINA PATTON,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing February 2013, debtors will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Mr. Patton's income has decreased.

Dated: February 4, 2013

                                                          /s/ Anne Y. Shiau
                                                          ANNE Y. SHIAU
                                                          Attorney for Debtors